# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

TRI-STATE MEMORIAL HOSPITAL,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

**Case No.** 2:25-CV-0181-RLP

**CIVIL MINUTES**

**DATE: 9/14/2026**

**LOCATION: Video Conference**

**SCHEDULING CONFERENCE**

| | JUDGE REBECCA L. PENNELL | | |
|---|---|---|---|
| Lee Reams<br>**Courtroom Deputy** | LC 02<br>**Law Clerk** | **Interpreter** | Not reported<br>**Court Reporter** |

| | |
|---|---|
| Weston O'Black / Kaholi Kiyonami<br>**Plaintiff's Counsel** | Charles Butler<br>**Defense Counsel** |

**[ X ] Open Court**

Plaintiff's counsel in attendance, defense counsel not present.

The Court has reviewed the docket and the parties' joint status report.

The Court advised counsel of her practices regarding protective orders.

The Court advised that discovery disputes may be handled informally without motion practice. If a dispute arises, the parties can contact chambers and schedule a video conference. Each party will be permitted to submit a one-page summary of the dispute for the Court's consideration prior to the conference.

The Court relayed that the magistrate judges in the District are also available to assist with settlement conferences and the parties may request a referral from the Court.

The Court will enter a written order with dates and deadlines including a trial date in March of 2027.

| | | | |
|---|---|---|---|
| CONVENED: 2:38 PM | ADJOURNED: 2:42 PM | TIME: 4 MINS | [ X ] ORDER FORTHCOMING |